UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                    Case No:   8:25-cv-02343-JLB-AAS

Undetermined quantities of
unauthorized electronic nicotine
delivery system (ENDS) products, not
including products with 0% nicotine,
labeled as:

Raz in various flavors excluding any
ENDS product, et al.,

        Defendants.

_____/

## **ORDER**

The Magistrate Judge has entered a Report and Recommendation (Doc. 17), recommending that the United States' Motion for Default Judgment (Doc. 16) be **GRANTED**.  No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1.  The Report and Recommendation (Doc. 17) is **ADOPTED** and made a part of this Order for all purposes.

2.  The United States' Motion for Default Judgment (Doc. 16) is **GRANTED**.

3.  It is ordered and adjudged that the Defendant Products are **CONDEMNED** and **FORFEITED** to the United States pursuant to 21 U.S.C. § 334(a)(2)(E), Federal Rule of Civil Procedure 55(b)(2), and M.D. Fla. Loc. R. 1.10(c).

4.  The government shall destroy the Defendant Articles pursuant to 21 U.S.C. § 334(d) and thereafter shall file notice with this Court after destruction of the Defendant Articles. Destruction shall be in a manner that complies with all applicable federal and state laws.

5.  The Clerk is **DIRECTED** to enter judgment by default in favor of the United States and against the Defendant Products.

**ORDERED** in Tampa, Florida, on May 12, 2026.

_____
**JOHN L. BADALAMENTI**
UNITED STATES DISTRICT JUDGE